EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                    | 2013 TSPR 58    |
|                           |                 |
| Sheila Acevedo Álvarez    | 188 DPR ____    |

Número del Caso: TS-9783


Fecha: 15 de mayo de 2013



Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Sheila Acevedo Álvarez                    TS-9783

RESOLUCIÓN

San Juan, Puerto Rico, a 15 de mayo de 2013.

Visto el *Escrito Reiterando Solicitud de Reinstalación,* se reinstala a la Lcda. Sheila Ann Acevedo Álvarez al ejercicio de la abogacía.

Examinada la moción sobre el estado de la obra notarial de la licenciada Acevedo Álvarez sometida por el Director Interino de la Oficina de Inspección de Notarías, Lcdo. Manuel E. Ávila de Jesús, se le concede a la abogada un término de sesenta (60) días para que subsane las deficiencias encontradas en su obra notarial.

Se le apercibe a la Lcda. Sheila Acevedo Álvarez que su incumplimiento con los términos de esta Resolución conllevará sanciones severas, incluyendo su suspensión del ejercicio de la abogacía sin ulteriores procedimientos.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Fiol Matta no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo